

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00374-CV

**IN THE INTEREST OF C.E.R.**, T.J.S., M.I.S., and J.L.L. Jr., Children

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA00131
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE WATKINS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's July 6, 2022 Final Order in Suit Affecting the Parent-Child Relationship is AFFIRMED. It is ORDERED that no costs be assessed against appellant in relation to this appeal because appellant qualifies as indigent under Texas Rule of Appellate Procedure 20.

SIGNED November 30, 2022.

_____
Beth Watkins, Justice